# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

*RULE 3011*

List of Unclaimed Funds, Claimants, and Amounts

| IN THE MATTER OF: | | CHAPTER 13 CASE: |
|---|---|---|
| Timothy and Anita Bruce<br>471 Losher St.<br>Hernando, MS 38632 | | 06-12922 |

| CLAIMANT | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| Timothy and Anita Bruce | 471 Losher St.<br>Hernando, MS 38632 | $461.63 |

DATED: February 16, 2012

Respectfully submitted,
Locke D. Barkley, Trustee
P.O. Box 55829
Jackson, MS 39296-5829
(601) 355-6661

CC: Mitchell Cunningham & Fava